CADES SCHUTTE LLP

PATRICIA J. MCHENRY            4267-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Facsimile:  (808) 540-5057
email:  pmchenry@cades.com
Attorney for Defendants COUNTRYWIDE BANK, FSB and FEDERAL NATIONAL MORTGAGE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD TERUO SUGIMOTO,<br><br>       Plaintiffs,<br><br>  vs.<br><br>COUNTRYWIDE BANK, FSB; CHARTER CAPITAL CORPORATION dba FIRST CAPITAL GROUP; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>       Defendants. | CIVIL NO. CV08-00387 ACK/LEK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES** |
| COUNTRYWIDE BANK, FSB, and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>       Third-Party Plaintiff,<br>  vs.<br><br>FIRST AMERICAN TITLE COMPANY,<br><br>       Third-Party Defendant. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff RICHARD TERUO SUGIMOTO ("Plaintiff") and Defendants COUNTRYWIDE BANK, FSB, CHARTER CAPITAL CORPORATION dba FIRST CAPITAL GROUP, FEDERAL NATIONAL MORTGAGE ASSOCIATION and FIRST AMERICAN TITLE COMPANY (collectively "Defendants"), that all claims set forth in Plaintiff's Complaint, all claims set forth in the Third-Party Complaint, and all Cross Claims, are hereby dismissed with prejudice with respect to all parties. No claims or parties remain. Trial, which was set for April 19, 2011, has been taken off calendar.

This Stipulation is entered into and filed pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. Each party agrees to bear its own attorneys' fees and costs.

DATED:  Honolulu, Hawaii, October 22, 2010.

        CADES SCHUTTE LLP

        /s/ Patricia J. McHenry
        PATRICIA J. McHENRY
        Attorney for Defendant
        COUNTRYWIDE BANK, FSB

        GOODSILL ANDERSON QUINN &
        STIFEL LLP

        /s/ Lennes N. Omuro
        LENNES N. OMURO, ESQ.
        Attorney for Defendant
        CHARTER CAPITAL CORPORATION
        dba FIRST CAPITAL GROUP

        ASHFORD & WRISTON LLP

        /s/ Kevin W. Herring
        WAYNE NASSER, ESQ.
        KEVIN W. HERRING, ESQ.
        MICHAEL R. VIEIRA, ESQ.
        Attorneys for Third Party Defendant
        FIRST AMERICAN TITLE
        INSURANCE COMPANY

        /s/ John Harris Paer
        JOHN HARRIS PAER, ESQ.
        BRUCE H. WAKUZAWA, ESQ.
        Attorneys for Plaintiff
        RICHARD TERUO SUGIMOTO

ImanageDB:1438650.1

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, October 25, 2010.



_____
Alan C. Kay
Sr. United States District Judge

================================================================
STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES; Sugimoto vs. Countrywide Bank, FSB, et al.; Civil No. CV08-00387 ACK/LEK.

4
ImanageDB:1438650.1